LISETTE DEEBACH, as Administratrix of the Estate of CHARLES C. DEEBACH, Deceased, Respondent, v. ROBERT GAIR COMPANY, Appellant.

*Deebach* v. *Gair Co.*, 175 App. Div. 900, affirmed.

(Argued May 13, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 18, 1916, affirming a judgment in favor

of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The complaint alleged that intestate while rightfully and lawfully upon a freight elevator in one of defendant's factories and while in the performance of his duties was struck by a piece of iron which fell down the elevator shaft from one of the upper floors of the factory sustaining injuries from which he died. It was further alleged that this injury was caused solely by defendant's negligence, and that defendant was at fault in the following respects: In failing to exercise reasonable care to guard the deceased while engaged in his duties from unnecessary hazards, including hazards from negligence of co-employees; in failing to adopt and use reasonable appliances or attachments in connection with the said elevator or hoist, or said elevator or hoistway, or the openings and doors thereto, or for the opening and closing of the openings and doors thereto; in failing to provide the intestate with a reasonably safe place in which to perform his duties; in failing to exercise proper and reasonable supervision over its servants and employees and in failing to comply with the statutes of the state of New York and the ordinances of the city of New York. The defense was contributory negligence, negligence of fellow-servants and assumption of risk.

*E. Clyde Sherwood* and *Amos H. Stephens* for appellant. *Vine H. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.